FILE COPY

No. 07-17-00463-CR

| | | |
|---|---|---|
| Lucas Morin<br>  Appellant | § | From the 137th District Court<br>  of Lubbock County |
| | § | |
| v. | | July 11, 2018 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion Per Curiam |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated July 11, 2018, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o